statute or prior to May 14, 1972, under Iowa law. We conclude that Agency had authority under § 454.476 to issue its administrative orders against Hensley for an arrearage of $5,764.61 and that Agency's decision does not violate any of the statutory grounds stated in § 536.140.2.

We reverse the judgment of the circuit court and remand with instructions that the circuit court reinstate Agency's decision.

PREWITT, P.J., and CROW, J., concur.

## ORDER

PER CURIAM:

Defendants–Appellants Electronic Development Specialists, Inc., and Allan Cook appeal the trial court's denial of Appellants' Motion to Vacate, Correct, Amend or Modify Judgment pursuant to Rule 75.01. The trial court's finding that Defendants had not shown "good cause" to vacate its prior judgment on the merits did not result in manifest injustice or a miscarriage of justice.

The judgment of the trial court is affirmed. Rule 84.16(b).

**WEXFORD PLACE, INC., Respondent,**

v.

**ELECTRONIC DEVELOPMENT SPECIALISTS, INC., et al., Appellants.**

No. WD 50188.

Missouri Court of Appeals, Western District.

Sept. 5, 1995.

Barbara E. Hecht, Kansas City, for appellants.

Thomas J. Daly, Craft Fridkin & Rhyne, Kansas City, for respondent.

Before KENNEDY, P.J., and SMART, and LAURA DENVIR STITH, JJ.

**STATE ex rel. OFFICE OF PUBLIC COUNSEL, Appellant,**

v.

**PUBLIC SERVICE COMMISSION OF STATE of Missouri, Respondent,**

**Missouri–American Water Company, Intervenor–Respondent.**

No. WD 50671.

Missouri Court of Appeals, Western District.

Sept. 5, 1995.

John B. Coffman, Jefferson City, for appellant.